THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

TERRY MARRIOT                          §
                                       §
v.                                     §        CIVIL NO. 4:24-CV-00926-SDJ-BD
                                       §
FRANK BISIGNANO,                       §
*Commissioner, Social Security*        §
*Administration*                       §

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 27, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #24), that decision of the Commissioner of the U.S. Social Security Administration be reversed and remanded.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Commissioner for further proceedings not inconsistent with the Report of the Magistrate Judge.

1

**So ORDERED and SIGNED this 19th day of March, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE